# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00194-REB-KLM

FRIENDS OF ANIMALS,

    Plaintiff,

v.

BUREAU OF INDIAN AFFAIRS,

    Defendant.

## STIPULATION OF SETTLEMENT AND DISMISSAL

Plaintiff Friends of Animals ("Plaintiff") and Defendant United States Bureau of Indian Affairs ("BIA"), a component bureau of the United States Department of the Interior ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby enter into this Stipulation of Settlement and Dismissal ("Stipulation") in the above-captioned litigation. Specifically, the Parties stipulate and agree as follows:

### RECITALS

    1.    On July 7, 2015, Plaintiff sent a Freedom of Information Act ("FOIA") request to the Defendant, seeking records pertaining to 1) the location of wild horses and/or burros on lands managed by BIA, including those held in trust for Native American tribes; (2) the population size of each wild horse and/or burro herd located on lands managed or held in trust by BIA; and (3) the management of each wild horse and/or burro herd located on lands managed or held in trust by BIA .

    2.    On January 26, 2016, Plaintiff filed the instant civil action.

3. On April 29, 2016 and June 3, 2016, Defendant released responsive records to Plaintiff.

4. On or about June 14, 2016, the parties reached agreement that Defendant's responses were complete.

## **STIPULATION**

1. Plaintiff agrees to dismiss this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. In return for Plaintiff's agreement in Paragraph 1 above, Defendant shall pay Plaintiff the amount of three thousand six hundred twenty-three dollars and sixty-seven cents ($3,623.67), in full and complete satisfaction of Plaintiff's claims for attorneys' fees and litigation costs under the FOIA, in the above-captioned litigation.

3. Defendant shall make payment of the total settlement amount, set forth in Paragraph 2 above, by electronic transfer of funds to Friends of Animals within forty-five (45) days of dismissal of the above-captioned litigation (electronic transfer information to be provided separately). Plaintiff's counsel shall cooperate with Defendant to ensure that all documentation required to process this payment is complete and accurate.

4. This Stipulation for compromise settlement is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, the United States Department of the Interior, the Bureau of Indian Affairs, their agents, servants, employees, or officers, and is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expense and risks of further litigation.

5. In agreeing to this Stipulation, Plaintiff hereby releases, waives, and abandons any and all claims against the United States, the United States Department of the Interior, the Bureau of Indian Affairs, their agents, servants, employees, and officers, in either their official or individual capacities set forth in this instant civil action regarding the July 2015 FOIA request.

6. This Stipulation contains the entire agreement between the Parties hereto and supersedes any and all previous agreements, whether written or oral, between the Parties relating to the subject matter hereof. No promise or inducement has been made except as set forth herein, and no representation or understanding, whether written or oral, that is not expressly set forth herein shall be enforced or otherwise be given any force or effect in connection herewith.

7. The Parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, the United States Department of the Interior, the Bureau of Indian Affairs, or any other agency or instrumentality of the United States.

8. The Parties acknowledge that the preparation of this Stipulation for Settlement was collaborative in nature, and so agree that any presumption or rule that an agreement is construed against its drafter shall not apply to the interpretation of this agreement or any term or provision hereof.

9. This Stipulation may be executed in two or more counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same agreement. A facsimile or other duplicate of a signature shall have the same effect as a manually-executed original.

10. Upon execution of this Stipulation by all Parties hereto, the Stipulation of Settlement and Dismissal shall be binding upon and inure to the benefit of the Parties and their respective heirs, personal representatives, administrators, successors, and assigns. Each signatory to this Stipulation represents and warrants that he or she is fully authorized to enter into this Stipulation on behalf of his or her client.

11. Execution and filing of this Stipulation of Settlement and Dismissal by counsel for the Parties shall constitute a dismissal of this action, with prejudice. Notwithstanding the dismissal of this action, however, the Parties hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance with the terms of this Stipulation and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

Dated: June 16, 2016

Respectfully submitted,

/s/ Michael Harris

Michael Ray Harris
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
720-949-7791
michaelharris@friendsofanimals.org
Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

/s/ Ian J. Kellogg
Ian J. Kellogg
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Telephone: 303-454-0100
E-mail: ian.kellogg@usdoj.gov
Attorneys for Defendant

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to any party who has entered an appearance in this matter to the e-mail addresses provided in CM/ECF.

*/s/ Michael Harris*
